**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ACCIDENT INSURANCE** | § | **PLAINTIFF** |
| **COMPANY, INC.** | § | |
| | § | |
| **v.** | § | **CIVIL NO.: 1:20cv191-HSO-JCG** |
| | § | |
| **DENNIS COLLIER** | § | |
| **CONSTRUCTION, LLC, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of February, 2021.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE